

# United States District Court
# Eastern District of California

| Sadaf Rahimi |
|---|
| Plaintiff(s) |

V.

| Rena Bitter, et al. |
|---|
| Defendant(s) |

Case Number: 2:24-cv-02946-TLN-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Mohammad Akif Saleem** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Sadaf Rahimi

On **10/06/2010** (date), I was admitted to practice and presently in good standing in the **Appellate Division of the Supreme Court of the State of New York** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

2:23-cv-02587-MCE-JDP, Zadran v. Bitter et al - PHV Application Filed 11/09/23, Granted 11/15/23

2:24-cv-02744-CKD, Doe v. Bitter, et al - PHV Application Filed 10/08/23, Granted 10/17/2024

2:24-cv-01377-KJM-DB, Azghar v. Bitter et al - PHV Application Filed 05/15/24, Granted 05/17/24

Date: 10/25/2024            Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mohammad Akif Saleem |
| Law Firm Name: | Davis Ndanusa Ikhals & Saleem LLP |
| Address: | 26 Court Street |
| | Suite 603 |
| City: | Brooklyn    State: New York    Zip: 11243 |
| Phone Number w/Area Code: | (718) 783-6819 |
| City and State of Residence: | New York, New York |
| Primary E-mail Address: | msaleem@dnislaw.com |
| Secondary E-mail Address: | N/A |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jennifer Rozdzielski |
| Law Firm Name: | JR IMMIGRATION LAW |
| Address: | 21250 Hawthorne Blvd. |
| | Suite 500 |
| City: | Torrance    State: CA    Zip: 90503 |
| Phone Number w/Area Code: | (310)792-7063    Bar #: 273260 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 28, 2024

_[signature]_

JUDGE, U.S. DISTRICT COURT