PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADAF RAHIMI,<br><br>                    Plaintiff,<br><br>         v.<br><br>RENA BITTER, ET AL.,<br><br>                    Defendants. | CASE NO. 2:24-CV-02946-TLN-JDP<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. This case concerns a Form I-130 visa application for alien relative that Plaintiff Rahimi filed on behalf of her noncitizen spouse. The parties anticipate that the consular official will be able to complete the adjudication of the visa application in this case shortly, following the receipt of requested documents from the applicants, which is expected to render this lawsuit moot.

/ / /

/ / /

/ / /

/ / /

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is February 3, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  January 7, 2025

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: January 7, 2025

By:  /s/ MOHAMMAD A. SALEEM
MOHAMMAD A. SALEEM
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: January 13, 2025

Troy L. Nunley
Chief United States District Judge

2